In the Matter of DENNIS E. CONNERS, Respondent. WILLIAM L. CLAY, Appellant.

(Submitted May 27, 1929; decided May 29, 1929.)

*Murray L. Gilman* for motion.

*William L. Clay* opposed.

Motion to dismiss appeal denied and case set down for argument on June 10, 1929.